## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | **Bankruptcy No. 18-21842-GLT** |
| **Steve J. Kubatka IV** | ) | **Chapter  7** |
| **Michelle L. Kubatka** | ) | **Doc No.** |
| **Debtor** | ) | |
| **Steve J. Kubatka IV** | ) | |
| **Michelle L. Kubatka** | ) | |
| **Movant** | ) | |
| vs | ) | |
| **No Respondent** | ) | |

### REPORT TO THE COURT RE
### ORDER APPROVING THE DEBTOR'S MOTION
### TO SECURE POST PETITION VEHICLE FINANCING

NOW COMES the Debtors, Steven J. Kubatka IV and Michelle L. Kubatka, by and through their attorneys, Bryan P. Keenan & Associates P.C. and Bryan P. Keenan, Esquire and files the within REPORT TO THE COURT and in support thereof avers the following:

1.      This case was filed by the Debtors/Movants, Steve J. Kubatka IV and Michelle L. Kubatka ("Movants"), as a voluntary petition under Chapter 7 of the Bankruptcy Code on May 6, 2018.

2.      On September 7, 2018 a Motion to Dismiss for Abuse was filed by the U.S Trustee Office of the United States.

3.      Counsel filed a response to the Motion to Dismiss on October 12, 2018.

4.      A hearing was held on November 15, 2018

5.      On January 23, 2019 this Honorable Court entered an Order requiring supplemental briefs to be filed.

6.      On February 15, 2019 the Untied States Trustee filed a Brief in support of the Motion to dismiss.

7.      On February 18, 2019 debtors counsel filed brief in opposing the United States Trustee's Motion to dismiss.

9.      On May 29, 2019 on Motion of debtor's counsel this Honorable Court entered an Order approving post petition vehicle financing.

10.     The Debtors have attempted to secure vehicle financing with numerous finance companies; however, they have been unable to secure financing due to the Pending Motion to dismiss the case.

11.     The debtors vehicle is no longer operational.

12.     The debtors have been using a vehicle that has been loaned to them, which has to be returned.

13.     The debtors cannot secure a vehicle until a determination has been made on the pending Motion to dismiss the case.


**WHEREFORE**,  **the Debtors hope and pray that this Honorable Court render a decision on the pending Motion to Dismiss the case, so they are able to purchase a vehicle.**


Dated: July 8, 2019                             /s/ Bryan P. Keenan
                                                Bryan P. Keenan, Esquire, PA ID No. 89053
                                                Bryan P. Keenan & Associates, P.C.
                                                Attorney for Debtors
                                                993 Greentree Road, Suite 101
                                                Pittsburgh, PA 15220
                                                (412) 922-5116
                                                keenan662@gmail.com